**PENINSULAR LAND COMPANY, a Florida corporation, et al., v. E. E. STEVENS.**

17 So. (2nd) 126            January Term, 1944
February 22, 1944             Division A
Rehearing Denied March 9, 1944

*Thomas B. Adams,* for appellants.

*Noah B. Butt,* for appellee.

**PER CURIAM:**

Affirmed.

It is so ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.